IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 1:21-CV-592 |
| § | |
| 9.881 BITCOINS § | |
| § | |
| *Defendant*. § | |
| § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRTE JUDGE

This Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration. On April 20, 2022, Magistrate Judge Stetson issued a Report and Recommendation in which she recommended that the Government's Motion for Default Judgment be granted. [Dkt. 12].

The Court has received and considered the Report and Recommendation of the United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings, and all available evidence. To date, the parties have not filed objections to the report.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is ADOPTED.

It is so ORDERED.

**SIGNED this 12th day of May, 2022.**

Michael J. Truncale
United States District Judge